**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FRANKLIN YOVANI IRAHETA-HERNANDEZ,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**LUIS SOTO, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-8386 (KSH)**<br><br>**ORDER** |

This matter comes before the Court on a Petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. Franklin Yovani Iraheta-Hernandez is a citizen of El Salvador who was ordered removed more than ten years ago and was detained by Immigration and Customs Enforcement on July 1, 2026, in Newark, New Jersey. (ECF No. 1, Petition at ¶¶ 21-27.) In the Petition, he argues that his arrest and detention violate the Accardi doctrine[1] and the Due Process Clause. The Chief Judge entered an Order temporarily enjoining his transfer, which shall remain in effect while this matter is pending.[2] (*See* ECF No. 2.) Having examined the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), the Court finds that dismissal prior to the answer is not warranted and sets an expedited briefing schedule.

**IT IS**, on this 15th day of July 2026;

[1] *Accardi v. Shaughnessy*, 347 U.S. 260 (1954).

[2] The stay order is not intended to prevent Respondents from preparing to remove Petitioner, if permitted by law, and if his removal is imminent, Respondents are free to submit a written request to lift the stay of transfer.

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that, in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), this Court has examined the Petition and determined that dismissal of the Petition prior to submission of an answer and the record is not warranted; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition and this Order to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED that the Text Order at ECF No. 2, which temporarily enjoins Respondents from transferring Petitioner from New Jersey, shall REMAIN IN EFFECT while this matter is pending;** and it is further

**ORDERED** Respondents shall electronically file a full and complete answer to said Petition, which responds to all factual and legal allegations of the Petition, within seven (7) days; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243, and provide the relevant legal analysis and record evidence supporting the asserted statutory basis for his detention; and it is further

**ORDERED** that Respondents shall raise in the answer any appropriate defenses and relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondents shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within seven (7) days after the answer is filed.

s/Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.